NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3085

MILBERN J. ADAMS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Peter B. Broida, of Arlington, Virginia, argued for petitioner.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3085

MILBERN J. ADAMS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in CB7521070022-T-1.

# Judgment

ON APPEAL from the     Merit Systems Protection Board

in CASE NO(S).     CB7521070022-T-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LINN, DYK, and PROST, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>September 16, 2009</u>      <u>/s/ Jan Horbaly</u>
                                Jan Horbaly, Clerk